# Exhibit 2



ATLANTA     CLEVELAND     DAYTON     WASHINGTON, D.C.

CINCINNATI     COLUMBUS     NEW YORK

March 12, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice No. 2523701
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 02/28/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 186.00 |
| Total Fees, Disbursements and Charges | $ | 186.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 186.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

www.ThompsonHine.com
Phone 513.352.6700
Fax 513.241.4771

| Date | Services | Hours |
|------|----------|-------|
| 02/04/13 | Review inquiry from Christine Vogelei about next steps concerning Nouvelle spa in Wisconsin; investigate ownership of spa and status of use; consider next steps. | |
| | Carrie A. Shufflebarger | 0.60 |
| | Fee for Professional Services | $186.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Carrie A. Shufflebarger | Partner | 0.60 | 310.00 |
| | Fee for Professional Services | | $186.00 |

# THOMPSON HINE

March 12, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA  94588

Invoice No. 2523701
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 02/28/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 186.00 |
| Total Fees, Disbursements and Charges | $ | 186.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 186.00 |

Remittance Copy

---

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

Phone 513.352.6700
Fax 513.241.4771



May 14, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice No. 2534829
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 04/30/13:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 651.00 |
| Disbursements and Charges | $ | 9.00 |
| Total Fees, Disbursements and Charges | $ | 660.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 660.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

www.ThompsonHine.com
Phone 513.352.6700
Fax 513.241.4771

# THOMPSON HINE

| Date | Services | Hours |
|------|----------|-------|
| 04/25/13 | Draft follow up correspondence to Nouvelle Weight Loss Center in Wisconsin. | |
| | Carrie A. Shufflebarger | 1.90 |
| 04/26/13 | Finalize follow-up letter to Nouvelle Spa in Wisconsin. | |
| | Carrie A. Shufflebarger | 0.20 |
| | Fee for Professional Services | $651.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Carrie A. Shufflebarger | Partner | 2.10 | 310.00 |
| | Fee for Professional Services | | $651.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Fedex charge by 726211404156, CIN TO: Meredith L. Brown, Sharon Bella 726211404156 Nouvelle Weight Loss | 9.00 |
| Total Disbursements and Charges | 9.00 |

# THOMPSON HINE

May 14, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice No. 2534829
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 04/30/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 651.00 |
| Disbursements and Charges | $ | 9.00 |
| Total Fees, Disbursements and Charges | $ | 660.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 660.00 |

Remittance Copy

---

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

Phone 513.352.6700
Fax 513.241.4771



June 11, 2013

Zeltiq Aesthetics                        Invoice No. 2539173
Attn: Ragan Reppond                      Our File No. 077310.00354
4698 Willow Road, Suite 100
Pleasanton, CA  94588


**Zeltiq v. Nouvelle Weight Loss Centers --**        Federal I.D. No. 34-0575300
**COOLSCULPTING**

---

*For professional services rendered for your account through 05/31/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,948.50 |
| Total Fees, Disbursements and Charges | $ | 3,948.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,948.50 |

# THOMPSON HINE

| Date | Services | Hours |
|---|---|---|
| 05/15/13 | Background investigation; confer with librarian; begin draft of Complaint; review local rules. | |
| | Carrie A. Shufflebarger | 2.10 |
| 05/16/13 | Review "Nouvelle Weight Loss Centers" infringement issues; review potential claims and office conference with C. Shufflebarger regarding next steps. | |
| | Louis K. Ebling | 0.40 |
| 05/16/13 | Complete and revise Verified Complaint. | |
| | Carrie A. Shufflebarger | 2.60 |
| 05/17/13 | Revise draft complaint; forward to Christine Vogelei; investigate potential local counsel. | |
| | Carrie A. Shufflebarger | 2.10 |
| 05/20/13 | Coordinate retention of local counsel in Milwaukee. | |
| | Tony J. Hornbach | 1.00 |
| 05/20/13 | Prepare for and participate in conference call with local counsel. | |
| | Tony J. Hornbach | 0.50 |
| 05/20/13 | Review and analyze draft of Complaint. | |
| | Tony J. Hornbach | 0.60 |
| 05/20/13 | Revise Complaint; confer with local counsel; prepare exhibits; draft disclosure statement. | |
| | Carrie A. Shufflebarger | 2.40 |
| 05/21/13 | Confer with local counsel about filing, disclosures, and pro hac vice. | |
| | Carrie A. Shufflebarger | 0.30 |
| 05/23/13 | Correspondence with local counsel about filing Complaint. | |
| | Tony J. Hornbach | 0.20 |
| 05/24/13 | Review and report filings. | |
| | Carrie A. Shufflebarger | 0.50 |
| 05/31/13 | Review and report service to client. | |
| | Carrie A. Shufflebarger | 0.20 |
| | Fee for Professional Services | $3,948.50 |



THOMPSON HINE

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Louis K. Ebling | Partner | 0.40 | 385.00 |
| Carrie A. Shufflebarger | Partner | 10.20 | 310.00 |
| Tony J. Hornbach | Associate | 2.30 | 275.00 |
| | Fee for Professional Services | | $3,948.50 |

# THOMPSON HINE

June 11, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice No. 2539173
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 05/31/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,948.50 |
| Total Fees, Disbursements and Charges | $ | 3,948.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,948.50 |

Remittance Copy

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

Phone 513.352.6700
Fax 513.241.4771



July 10, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice No. 2543904
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 06/30/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 292.50 |
| Total Fees, Disbursements and Charges | $ | 292.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 292.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

www.ThompsonHine.com
Phone  513.352.6700
Fax  513.241.4771

| Date | Services | Hours |
|------|----------|-------|
| 06/10/13 | Complete Applications for Admission for the Eastern District of Wisconsin. | |
| | Tony J. Hornbach | 0.50 |
| 06/21/13 | Correspond with local counsel about default. | |
| | Carrie A. Shufflebarger | 0.30 |
| 06/22/13 | Correspond with local counsel about magistrate consent and next steps. | |
| | Carrie A. Shufflebarger | 0.20 |
| | Fee for Professional Services | $292.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Carrie A. Shufflebarger | Partner | 0.50 | 310.00 |
| Tony J. Hornbach | Associate | 0.50 | 275.00 |
| | Fee for Professional Services | | $292.50 |

# THOMPSON HINE

July 10, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA  94588

Invoice No. 2543904
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --
COOLSCULPTING**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 06/30/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 292.50 |
| Total Fees, Disbursements and Charges | $ | 292.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 292.50 |

Remittance Copy

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

Phone 513.352.6700
Fax 513.241.4771



August 8, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice No. 2547787
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 07/31/13:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 7,359.50 |
| Disbursements and Charges | $ | 9.77 |
| Total Fees, Disbursements and Charges | $ | 7,369.27 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 7,369.27 |

THOMPSON HINE LLP     312 Walnut Street     www.ThompsonHine.com
ATTORNEYS AT LAW     14th Floor     Phone 513.352.6700
     Cincinnati, Ohio 45202-4089     Fax 513.241.4771

| Date | Services | Hours |
|------|----------|-------|
| 07/01/13 | Confer with local counsel about magistrate consent. | |
| | Carrie A. Shufflebarger | 0.20 |
| 07/02/13 | Attention to issues relating to Motion for Default Judgment. | |
| | Tony J. Hornbach | 0.60 |
| 07/02/13 | Survey federal case law relating to entry of default; draft motion for entry of default. | |
| | Matthew R. Fong | 3.60 |
| 07/02/13 | Review filing; investigate steps for seeking default judgment; confer with Tony Hornbach about same. | |
| | Carrie A. Shufflebarger | 0.80 |
| 07/03/13 | Attention to issues relating to Motion for Default Judgment. | |
| | Tony J. Hornbach | 0.50 |
| 07/03/13 | Revise motion for entry of default; draft proposed order. | |
| | Matthew R. Fong | 1.00 |
| 07/08/13 | Attention to issues relating to Admission to Practice Law in the Eastern District of Wisconsin. | |
| | Tony J. Hornbach | 0.50 |
| 07/08/13 | Confer with Tony Hornbach concerning papers for filing in Wisconsin. | |
| | Carrie A. Shufflebarger | 0.20 |
| 07/09/13 | Review correspondence from local counsel; revise motion for entry of default; revise memorandum in support; draft affidavit in support; draft certificates of service; draft motion for default judgment; draft memorandum in support; draft affidavit; | |
| | Matthew R. Fong | 6.20 |
| 07/10/13 | Continue drafting motion for default judgment and supporting affidavits. | |
| | Matthew R. Fong | 2.90 |
| 07/11/13 | Finalize motion for entry of default and supporting memorandum. | |
| | Matthew R. Fong | 0.40 |
| 07/11/13 | Review drafts concerning motion for default; suggest revisions to same. | |
| | Carrie A. Shufflebarger | 0.50 |
| 07/18/13 | Correspond with local counsel regarding motion for entry of default. | |
| | Matthew R. Fong | 0.20 |
| 07/19/13 | Correspond with local counsel; revise motion for entry of default judgment. | |
| | Matthew R. Fong | 0.30 |

# THOMPSON HINE

| Date | Description | | Hours |
|------|-------------|---|-------|
| 07/22/13 | Review authority on seeking attorney's fees in Lanham Act cases and in default judgment cases; review draft affidavit prepared by Matt Fong; revise draft to comport with Seventh Circuit and Wisconsin authority. | | |
| | Carrie A. Shufflebarger | | 3.10 |
| 07/23/13 | Survey Seventh Circuit caselaw regard deliberate and willful infringement and false advertising. | | |
| | Matthew R. Fong | | 0.70 |
| 07/23/13 | Revise affidavit and memorandum in support of default judgment. | | |
| | Matthew R. Fong | | 0.60 |
| 07/23/13 | Continue to draft and revise affidavit; review motion; suggest additional authority in support; confer with Matthew Fong. | | |
| | Carrie A. Shufflebarger | | 1.50 |
| 07/25/13 | Revise memorandum in support of motion for default judgment. | | |
| | Matthew R. Fong | | 0.30 |
| 07/25/13 | Review and suggest edits to brief and affidavits. | | |
| | Carrie A. Shufflebarger | | 0.50 |
| 07/29/13 | Review correspondence regarding fee affidavits from local counsel; revise fee affidavits; assemble exhibits. | | |
| | Matthew R. Fong | | 1.60 |
| 07/29/13 | Review and revise fee affidavit; review filings prepared by Matt Fong. | | |
| | Carrie A. Shufflebarger | | 0.40 |
| 07/30/13 | Finalize affidavits; finalize memorandum in support; execute affidavit; coordinate with local counsel. | | |
| | Matthew R. Fong | | 0.70 |
| 07/30/13 | Confer with Matt Fong concerning execution of affidavit and filing of motion. | | |
| | Carrie A. Shufflebarger | | 0.20 |
| 07/31/13 | Confer with Christine Vogelei about status; review filings by local counsel. | | |
| | Carrie A. Shufflebarger | | 0.30 |
| | Fee for Professional Services | | $7,359.50 |

THOMPSON HINE

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Carrie A. Shufflebarger | Partner | 7.70 | 310.00 |
| Matthew R. Fong | Associate | 18.50 | 245.00 |
| Tony J. Hornbach | Associate | 1.60 | 275.00 |
| | Fee for Professional Services | | $7,359.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Fedex charge by 726211408600, CIN TO: Richard Porter, Tony Hornbach 726211408600 Gonzales Saggio | 9.77 |
| Total Disbursements and Charges | 9.77 |

# THOMPSON HINE

August 8, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice No. 2547787
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 07/31/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 7,359.50 |
| Disbursements and Charges | $ | 9.77 |
| Total Fees, Disbursements and Charges | $ | 7,369.27 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 7,369.27 |

Remittance Copy

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

Phone 513.352.6700
Fax 513.241.4771



ATLANTA    CLEVELAND    DAYTON    WASHINGTON, D.C.

CINCINNATI    COLUMBUS    NEW YORK

September 10, 2013

Zeltiq Aesthetics                 Invoice No. 2552981
Attn: Ragan Reppond            Our File No. 077310.00354
4698 Willow Road, Suite 100
Pleasanton, CA 94588

**Zeltiq v. Nouvelle Weight Loss Centers --**     Federal I.D. No. 34-0575300
**COOLSCULPTING**

---

*For professional services rendered for your account through 08/31/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 11,304.00 |
| Total Fees, Disbursements and Charges | $ | 11,304.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 11,304.00 |

THOMPSON HINE LLP      312 Walnut Street      www.ThompsonHine.com
ATTORNEYS AT LAW      14th Floor            Phone 513.352.6700
                         Cincinnati, Ohio 45202-4089     Fax 513.241.4771



| Date | Services | Hours |
|------|----------|-------|
| 08/02/13 | Correspondence with local counsel about Court's Motion for Default Judgment. | |
| | Tony J. Hornbach | 0.20 |
| 08/02/13 | Review and analyze Court's decision granting our Motion for Default Judgment. | |
| | Tony J. Hornbach | 0.30 |
| 08/02/13 | Receipt and review of Order; report to Christine Vogelei; review authority concerning evidentiary hearing; consider evidence for same. | |
| | Carrie A. Shufflebarger | 1.60 |
| 08/05/13 | Status check on defendants; review newest "Groupon" deal; prepare notes for materials needed for evidentiary hearing; consider potential witnesses. | |
| | Carrie A. Shufflebarger | 1.30 |
| 08/06/13 | Confer with local counsel and Tony Hornbach concerning evidentiary hearing; review authority; draft correspondence with questions to local counsel; draft correspondence to client identifying documents needed for submission; review authority on permanent injunctive relief factors. | |
| | Carrie A. Shufflebarger | 2.00 |
| 08/07/13 | Prepare outline and list of documents for evidentiary hearing; review authority on necessary argument; further investigation into defendants for additional support for injunctive relief. | |
| | Carrie A. Shufflebarger | 3.20 |
| 08/08/13 | Review correspondence form Christine Vogelei concerning Nouvelle; consider potential witnesses; confer with local counsel. | |
| | Carrie A. Shufflebarger | 2.00 |
| 08/09/13 | Confer with local counsel; begin preparation of affidavits and evidence for court filing. | |
| | Carrie A. Shufflebarger | 4.50 |
| 08/12/13 | Review draft Christine Vogelei Affidavit in support; memo to C. Shufflebarger with comments/edits regarding same. | |
| | Louis K. Ebling | 0.50 |
| 08/12/13 | Complete and revise affidavit of Christine Vogelei; begin draft of Motion and Proposed Order; draft affidavit for TLC; confer with Christine Vogelei about same. | |
| | Carrie A. Shufflebarger | 4.90 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

www.ThompsonHine.com
Phone 513.352.6700
Fax 513.241.4771

THOMPSON
HINE

| Date | Description | Hours |
|---|---|---|
| 08/13/13 | Continue to draft motion and affidavits; compile exhibits for same; confer with Christine Vogelei and local counsel concerning strategy and drafts. | |
| | Carrie A. Shufflebarger | 5.30 |
| 08/14/13 | Continue to prepare materials for filing; confer with local counsel and Christine Vogelei about additional affidavit about public health risks. | |
| | Carrie A. Shufflebarger | 3.30 |
| 08/15/13 | Finalize and notarize revised fee affidavit; review and analyze materials about clinical complaints; draft affidavit for review and comment. | |
| | Carrie A. Shufflebarger | 3.40 |
| 08/16/13 | Confer with local counsel; revise documents for filing; forward motion, appendices, four affidavits, and all exhibits to local counsel for filing. | |
| | Carrie A. Shufflebarger | 2.40 |
| 08/19/13 | Confer with local counsel concerning hearing issues. | |
| | Carrie A. Shufflebarger | 0.30 |
| 08/22/13 | Preparation for evidentiary hearing; confer with local counsel about potential continuance. | |
| | Carrie A. Shufflebarger | 0.90 |
| 08/23/13 | Receipt, review, and report Order canceling hearing. | |
| | Carrie A. Shufflebarger | 0.30 |

Fee for Professional Services     $11,304.00

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Louis K. Ebling | Partner | 0.50 | 385.00 |
| Carrie A. Shufflebarger | Partner | 35.40 | 310.00 |
| Tony J. Hornbach | Associate | 0.50 | 275.00 |

Fee for Professional Services     $11,304.00

THOMPSON HINE LLP
ATTORNEYS AT LAW

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

www.ThompsonHine.com
Phone 513.352.6700
Fax 513.241.4771



# THOMPSON HINE

September 10, 2013

Zeltiq Aesthetics
Attn: Ragan Reppond
4698 Willow Road, Suite 100
Pleasanton, CA  94588

Invoice No. 2552981
Our File No. 077310.00354

**Zeltiq v. Nouvelle Weight Loss Centers --**
**COOLSCULPTING**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 08/31/13:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 11,304.00 |
| Total Fees, Disbursements and Charges | $ | 11,304.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 11,304.00 |

Remittance Copy

Wire Transfer Account Information
Thompson Hine LLP, c/o KeyBank
Swift Code - KEYBUS33
ABA #041001039 Account #0004862

Accounts Receivable
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

Phone 513.352.6700
Fax 513.241.4771