

# GONZALEZ SAGGIO HARLAN

### Attorneys at Law

Zeltiq Aesthetics, Inc.
c/o Christine Vogelei
4698 Willow Road, Suite 100
Pleasanton, CA   94588

| | |
|---|---|
| Invoice Date: | June 13, 2013 |
| Invoice No. | 178469 |
| Account No. | 4017.0001 |
| Page: | 1 |

RE: Zeltiq v. Brown Health Relaxation Station, et al.

Services rendered through 05/31/2013.
Trademark infringement

## Fees

| Date | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|
| 05/20/2013 | RHP | | Review complaint and exhibits. | 285.00 | 0.50 | 142.50 |
| | RHP | | Telephone conference with lead counsel. | 285.00 | 0.50 | 142.50 |
| | RHP | | Send disclosure form and admission information to lead counsel. | 285.00 | 0.20 | 57.00 |
| | DBC | | Telephone conference with co-counsel regarding finalization of complaint and case handling. | 250.00 | 0.20 | 50.00 |
| 05/21/2013 | RHP | | Review local rules regarding disclosure form and admission form. | 285.00 | 0.30 | 85.50 |
| | RHP | | Exchange e-mail with lead counsel with comments on further course of action. | 285.00 | 0.30 | 85.50 |
| | RHP | | Review summons and civil action data sheet and forward to lead counsel. | 285.00 | 0.50 | 142.50 |
| | LER | | Review local rules regarding attorney admissions per request from national counsel. | 110.00 | 0.10 | 11.00 |
| | LER | | Review updated local rules regarding filing new actions. | 110.00 | 0.20 | 22.00 |
| | LER | | Review draft complaint with attention to compliance with local rules and practice. | 110.00 | 0.40 | 44.00 |
| | LER | | Prepare draft of corporate disclosure statement in accordance with local and federal rules. | 110.00 | 0.40 | 44.00 |

**GONZALEZ SAGGIO & HARLAN LLP**
Attorneys at Law

www.gshllp.com

**Milwaukee**
111 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
Tel (414) 277-8500
Fax (414) 277-8521

Atlanta, GA
Boca Raton, FL
Boston, MA
Chicago, IL
Cleveland, OH

Indianapolis, IN
Los Angeles, CA
Miami, FL
Nashville, TN
New York, NY

Pasade
Phoeni
Washi
Wayne
West D

*Affiliated with Gonzalez, Saggio and Harlan, L.L.C. and Gonzalez Saggio Harlan LLC*

EXHIBIT
2

Zeltiq Aesthetics, Inc.
Account No. 4017.0001
RE: Zeltiq v. Brown Health Relaxation Station, et al.

Invoice Date: 06/13/2013
Invoice No. 178469
Page No. 2

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | LER | Prepare draft civil cover sheet as required by Court. | 110.00 | 0.30 | 33.00 |
| | LER | Review online databases for information on all three defendants to expedite service of process. | 110.00 | 0.30 | 33.00 |
| | LER | Prepare a summons to each of the three defendants per local rules. | 110.00 | 0.30 | 33.00 |
| 05/23/2013 | LER | Revise draft complaint to comport with compliance with local rules and practice and removing all references to verification. | 110.00 | 0.40 | 44.00 |
| | LER | Revise draft corporate disclosure statement per additional data from client. | 110.00 | 0.20 | 22.00 |
| | LER | Prepare complaint, exhibits, civil cover sheet and three summonses for submission to Court via ECF system. | 110.00 | 0.60 | 66.00 |
| | LER | Prepare new lawsuit for opening via ECF system as required by local rules including identifying all parties, their roles and grounds for jurisdiction and venue in Eastern District of Wisconsin District Court. | 110.00 | 0.40 | 44.00 |
| | RHP | Exchange e-mails with lead counsel and complete and file summons, complaint and disclosure. | 285.00 | 0.50 | 142.50 |
| | RHP | Consider service options of summons and complaint. | 285.00 | 0.30 | 85.50 |
| 05/24/2013 | RHP | Review Court notice regard magistrate choice and forward to lead counsel. | 285.00 | 0.30 | 85.50 |
| | RHP | Look into service options. | 285.00 | 0.40 | 114.00 |
| 05/28/2013 | RHP | Work on service matters. | 285.00 | 0.30 | 85.50 |
| | RHP | E-mail to lead counsel regarding service. | 285.00 | 0.30 | 85.50 |
| | LER | Review Court docket for additional documents added to file by clerk. | 110.00 | 0.10 | 11.00 |
| | LER | Review e-mail from Court regarding summons issued with electronic signatures. | 110.00 | 0.10 | 11.00 |
| | LER | Prepare documents (summons,complaint,disclosure statement and consent to proceed) for service on all three defendants. | 110.00 | 0.50 | 55.00 |
| | LER | Telephone calls with local and Madison servers regarding service on all three defendants. | 110.00 | 0.20 | 22.00 |
| | LER | Analysis of attempting service on Meredith Brown in Milwaukee vs. Madison. | 110.00 | 0.10 | 11.00 |
| | LER | Prepare memo to Milwaukee server regarding service on | | | |

Zeltiq Aesthetics, Inc.
Account No. 4017.0001
RE: Zeltiq v. Brown Health Relaxation Station, et al.

Invoice Date:    06/13/2013
Invoice No.      178469
Page No.         3

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | defendants. | 110.00 | 0.20 | 22.00 |
| | LER | Prepare memo to Madison server regarding service on Meredith Brown. | 110.00 | 0.20 | 22.00 |
| 05/30/2013 | LER | Telephone conference with server to confirm request for service on Meredith Brown to be attempted at businesses, but not to be substituted. | 110.00 | 0.10 | 11.00 |
| 05/31/2013 | RHP | Review service information on corporate defendants and follow up with regard to individual defendant. | 285.00 | 0.40 | 114.00 |
| | RHP | Forward copies of served documents to lead counsel, noting information received that individual defendant has also been served. | 285.00 | 0.20 | 57.00 |
| | RHP | Follow up with server for affidavits reflecting all documents served. | 285.00 | 0.40 | 114.00 |
| | LER | Telephone conferences (2) with server to confirm personal service was completed on Meredith Brown. | 110.00 | 0.20 | 22.00 |
| | LER | Telephone conference with Clerk of District Court regarding mandatory proof of service vs. affidavit of service itemizing all documents served. | 110.00 | 0.20 | 22.00 |
| | LER | Calculate due date for all defendants to respond to the complaint. | 110.00 | 0.10 | 11.00 |
| | | **Total Current Fees Rendered** | | 11.20 | 2,205.00 |

## Recap

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Lynn E. Richter (LER) | 5.60 | $110.00 | $616.00 |
| Richard H. Porter (RHP) | 5.40 | 285.00 | 1,539.00 |
| David B. Carr (DBC) | 0.20 | 250.00 | 50.00 |

## Expenses

| | | |
|---|---|---|
| 05/28/2013 | Filing fee paid for filing Summons and Complaint in U.S. District Court for the Eastern District of Wisconsin. | 400.00 |
| 05/29/2013 | Service of Summons for Jackie Cole of Brown Health Relaxation Station. State Process Service, Inc. invoice #1413043-01 dated 5-29-13. | 29.00 |
| 05/29/2013 | Service of Summons for Jackie Cole of Nouvelle Weight Loss Centers. State Process Service, Inc. invoice #1413040-02 dated 5-29-13. | 24.00 |
| 05/30/2013 | Service of Summons for Meredith Brown, State Process Services, Inc. invoice #1413037-02 dated 5-30-13. | 29.00 |
| | **Total Current Expenses** | 482.00 |
| | **Total Fees & Expenses Incurred This Invoice** | 2,687.00 |

Zeltiq Aesthetics, Inc.
Account No. 4017.0001
RE: Zeltiq v. Brown Health Relaxation Station, et al.

Invoice Date:   06/13/2013
Invoice No.       178469
Page No.              4

**Balance Due - Please Remit**                                    $2,687.00