

# GONZALEZ SAGGIO HARLAN
Attorneys at Law

Zeltiq Aesthetics, Inc.  
c/o Christine Vogelei  
4698 Willow Road, Suite 100  
Pleasanton, CA  94588

Invoice Date: July 9, 2013  
Invoice No. 188266  
Account No. 4017.0001  
Page: 1

RE: Zeltiq v. Brown Health Relaxation Station, et al.

Services rendered through 06/30/2013.  
Trademark infringement

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/2013 | RHP | Review service affidavit for individual defendant; send copy to lead counsel. | 285.00 | 0.20 | 57.00 |
| | LER | Review proof of service on Meredith Brown verifying proper personal service was obtained. | 110.00 | 0.10 | 11.00 |
| | LER | Telephone conference with server regarding affidavit of service itemizing all documents served. | 110.00 | 0.10 | 11.00 |
| | LER | Telephone conference with clerk of Federal Court confirming proof of service of summons will suffice. | 110.00 | 0.10 | 11.00 |
| | LER | Prepare three proofs of service for submission to Court via ECF System, noting deadlines assigned by court for defendants to respond to complaint. | 110.00 | 0.20 | 22.00 |
| | LER | Communication confirming service has been completed on all three defendants and proofs of service have been submitted to court. | 110.00 | 0.10 | 11.00 |
| | RHP | Review service affidavit for individual defendant. | 285.00 | 0.10 | 28.50 |
| | RHP | Send copy of service affidavit to lead counsel. | 285.00 | 0.10 | 28.50 |
| 06/20/2013 | RHP | Review information regarding answer dates and magistrate form and forward to lead counsel. | 285.00 | 0.20 | 57.00 |
| | LER | Review court docket for status of action, noting corporate defendants have not timely filed a response to complaint. | 110.00 | 0.20 | 22.00 |

**GONZALEZ SAGGIO & HARLAN LLP**  
Attorneys at Law

www.gshllp.com

Milwaukee  
111 East Wisconsin Avenue  
Suite 1000  
Milwaukee, WI 53202  
Tel (414) 277-8500  
Fax (414) 277-8521

Atlanta, GA  
Boca Raton, FL  
Boston, MA  
Chicago, IL  
Cleveland, OH

Indianapolis, IN  
Los Angeles, CA  
Miami, FL  
Nashville, TN  
New York, NY

Pasad  
Phoen  
Washi  
Wayn  
West

*Affiliated with Gonzalez, Saggio and Harlan, L.L.C. and Gonzalez Saggio Harlan LLC*

**EXHIBIT 3**

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | LER | Prepare consent to proceed as required by local rules. | 110.00 | 0.10 | 11.00 |
| 06/21/2013 | LER | Review court docket for status of action, noting Meredith Brown did not not respond to complaint nor have corporate defendants taken any untimely action. | 110.00 | 0.20 | 22.00 |
| 06/24/2013 | RHP | Review e-mail from lead counsel regarding magistrate and course of action, and respond to same. | 285.00 | 0.30 | 85.50 |
| | | **Total Current Fees Rendered** | | 2.00 | 377.50 |

**Recap**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Lynn E. Richter (LER) | 1.10 | $110.00 | $121.00 |
| Richard H. Porter (RHP) | 0.90 | 285.00 | 256.50 |

**Total Fees & Expenses Incurred This Invoice** — 377.50

Previous Balance — $2,687.00

**Balance Due - Please Remit** — $3,064.50

Zeltiq Aesthetics, Inc.
Account No. 4017.0001
RE: Zeltiq v. Brown Health Relaxation Station, et al.
Invoice Date: 07/09/2013
Invoice No. 188266
Page No. 2

**Please remit payment to:**
Gonzalez Saggio & Harlan
111 East Wisconsin Avenue, Suite 1000
Milwaukee, Wisconsin 53202
Tax Id No.: 39-1857589