

# GONZALEZ SAGGIO HARLAN
## Attorneys at Law

Zeltiq Aesthetics, Inc.
c/o Christine Vogelei
4698 Willow Road, Suite 100
Pleasanton, CA  94588

| | |
|---|---|
| Invoice Date: | August 1, 2013 |
| Invoice No. | 189618 |
| Account No. | 4017.0001 |
| Page: | 1 |

RE: Zeltiq v. Brown Health Relaxation Station, et al.

Services rendered through 07/31/2013.
Trademark infringement

### Fees

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/01/2013 | LER | Review voice message from Clerk of U.S. District Court regarding proceeding before Magistrate Judge. | 110.00 | 0.10 | 11.00 |
| | LER | Telephone conference with Attorney Shufflebarger regarding Zeltiq's preference to refuse to proceed before Magistrate Judge. | 110.00 | 0.10 | 11.00 |
| | LER | Prepare Refusal to Consent to Proceed Before U.S. Magistrate Judge per local rules. | 110.00 | 0.10 | 11.00 |
| | RHP | Respond to Court call with regard to magistrate. | 285.00 | 0.10 | 28.50 |
| 07/02/2013 | LER | Review notification from court assigning case to Judge Randa. | 110.00 | 0.10 | 11.00 |
| | LER | Communicate with Attorney Shufflebarger regarding judicial assignment. | 110.00 | 0.10 | 11.00 |
| | DBC | Review and analysis of correspondence from Zeltiq regarding Zeltiq's liability due to client. | 250.00 | 0.10 | 25.00 |
| | DBC | Review and analysis of issues regarding default judgement procedure for Judge Randa. | 250.00 | 0.20 | 50.00 |
| | DBC | Prepare correspondence to co-counsel regarding default judgement procedure for Judge Randa and Attorney admission. | 250.00 | 0.10 | 25.00 |
| | DBC | Review and analysis of correspondence from co-counsel regarding Motion to Dismiss. | 250.00 | 0.10 | 25.00 |

---

**GONZALEZ SAGGIO & HARLAN LLP**
Attorneys at Law

www.gshllp.com

Milwaukee
111 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
Tel (414) 277-8500
Fax (414) 277-8521

Atlanta, GA
Boca Raton, FL
Boston, MA
Chicago, IL
Cleveland, OH

Indianapolis, IN
Los Angeles, CA
Miami, FL
Nashville, TN
New York, NY

Pas…
Pho…
Was…
Way…
Wes…


EXHIBIT 4

Affiliated with Gonzalez, Saggio and Harlan, L.L.C. and Gonzalez Saggio Harlan LLC

Zeltiq Aesthetics, Inc.  
Account No. 4017.0001  
RE: Zeltiq v. Brown Health Relaxation Station, et al.

Invoice Date: 08/01/2013  
Invoice No. 189618  
Page No. 2

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | RHP | Review assignment to Judge Randa and forward to lead counsel. | | 0.40 | n/c |
| 07/03/2013 | DBC | Review and analysis of issues regarding Default and Default Judgement procedure by Judge Randa. | 250.00 | 0.20 | 50.00 |
| | LER | Review e-mail from Attorney Hornbach regarding status. | | 0.10 | n/c |
| | LER | Review file to confirm attorney admission forms and instructions were provided to Thompson Hines. | 110.00 | 0.10 | 11.00 |
| | LER | Review local rules, including Judge Randa's courtroom policies, regarding motions for dismissal. | 110.00 | 0.20 | 22.00 |
| | LER | Telephone conference with Judge Randa's law clerk regarding polices of his court. | 110.00 | 0.10 | 11.00 |
| | LER | Review Federal Rules of Civil Procedure, including Rule 55, regarding default judgment. | 110.00 | 0.30 | 33.00 |
| | RHP | Review e-mail from lead counsel regarding admission and Judge Randa. | 285.00 | 0.10 | 28.50 |
| 07/05/2013 | RHP | Telephone conference with opposing counsel's office regarding mediation. | 285.00 | 0.20 | 57.00 |
| 07/08/2013 | RHP | Exchange e-mails with and telephone conferences with lead counsel regarding admission and Judge Randa. | 285.00 | 0.80 | 228.00 |
| | RHP | Review Judge Randa's two-step default decisions and forward to lead counsel regarding course of action on default, including local rule information. | 285.00 | 1.10 | 313.50 |
| | LER | Review file for original Certificates of Good Standing issued to Attorneys Hornbach and Shufflebarger. | 110.00 | 0.20 | 22.00 |
| | LER | Telephone conference with Clerk of U.S. District Court regarding requirement to submit original versus electronic copy of an attorney admission application. | | 0.10 | n/c |
| | LER | Prepare admission applications for Mr. Hornbach and Ms. Shufflebarger. | 110.00 | 0.10 | 11.00 |
| | LER | Additional research on Judge Randa's rules, local rules and Federal Rules of Civil Procedure regarding motion practice and default judgments. | 110.00 | 0.10 | 11.00 |
| | LER | Review Judge Randa's docket for recent motions for default and orders for default judgment. | | 0.40 | n/c |
| 07/09/2013 | RHP | Review FedEx with admission information from lead counsel and attend to admissions work for lead counsel. | 285.00 | 0.20 | 57.00 |

Zeltiq Aesthetics, Inc.     Invoice Date: 08/01/2013
Account No. 4017.0001     Invoice No. 189618
RE: Zeltiq v. Brown Health Relaxation Station, et al.     Page No. 3

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | RHP | E-mail to lead counsel regarding admissions receipt and filing of same. | 285.00 | 0.30 | 85.50 |
| | LER | Review correspondence from Attorney Hornbach and attorney admission applications and certificates of good standing. | | 0.10 | n/c |
| | LER | Correspondence to Clerk of Eastern District regarding applications of Anthony Hornbach and Carrie Shufflebarger. | 110.00 | 0.20 | 22.00 |
| | LER | Telephone conference with Clerk of Eastern District confirming admission applications will be processed upon receipt and noting first eligibility to apply for ECF privileges. | 110.00 | 0.10 | 11.00 |
| 07/18/2013 | RHP | Review e-mail from Attorney Matthew Fong with documents for default judgement. | 285.00 | 0.50 | 142.50 |
| | RHP | Make requested modifications to documents for default judgment. | 285.00 | 0.30 | 85.50 |
| | RHP | Arrange for electronic filing of default judgment documents with service by mail on defendants after checking address information. | 285.00 | 0.10 | 28.50 |
| | LER | Review docket and file to respond to national counsel's inquiry on where to serve defendants. | 110.00 | 0.10 | 11.00 |
| | LER | Review local rules regarding motion to enter default. | | 0.10 | n/c |
| | LER | Telephone conference with Clerk of Court confirming Judge Randa's court rules on entering default. | 110.00 | 0.10 | 11.00 |
| | LER | Revise draft motion documents to comport with local rules. | 110.00 | 0.20 | 22.00 |
| | LER | Revise certificate of service to reflect service on defendants at both addresses on summons and addresses where service was completed to avoid any issues relating to insufficiency of service of motion papers. | 110.00 | 0.20 | 22.00 |
| | LER | Prepare motion documents for submission to court via ECF system and service on all defendants via U.S. Mail to five locations. | 110.00 | 0.30 | 33.00 |
| | LER | Communicate with National Counsel to confirm filing and service were completed per his request. | 110.00 | 0.10 | 11.00 |
| 07/19/2013 | RHP | Review electronic filing information of default papers, notice of entry of default judgement and check notification to lead counsel. | 285.00 | 0.10 | 28.50 |
| | LER | Review court docket for status of entry of default. | | 0.10 | n/c |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/2013 | RHP | Review returned mail but note forwarding address was also mailed to. | | 0.50 | n/c |
| 07/26/2013 | LER | Review court docket regarding status of entry of default and entry of judgment. | 110.00 | 0.10 | 11.00 |
| 07/29/2013 | LER | Review procedures required by Eastern District of Wisconsin in cases alleging Lanham Act claims. | 110.00 | 0.20 | 22.00 |
| | LER | Review GSH invoices for inclusion with default motion noting inconsistent entries. | | 0.10 | n/c |
| | RHP | Review Matthew Fong's draft. | 285.00 | 0.20 | 57.00 |
| | RHP | Gather requested information upon review of Matthew Fong's e-mail regarding his draft. | 285.00 | 0.40 | 114.00 |
| | RHP | E-mail to Matthew Fong with comments on draft and copy of similar pleadings from the Eastern District of Wisconsin. | 285.00 | 0.40 | 114.00 |
| 07/30/2013 | RHP | Review Matthew Fong's e-mails regarding additional billing information and other Lanham act experience, and collect same. | 285.00 | 0.30 | 85.50 |
| | RHP | Review and revise Affidavit of Richard Porter. | 285.00 | 0.20 | 57.00 |
| | RHP | E-mail information concerning reported expenses in support of default motion. | 285.00 | 0.20 | 57.00 |
| | RHP | Review local rules pursuant to Matthew Fong's question and respond. | 285.00 | 0.50 | 142.50 |
| | RHP | Review final documents for filing on default judgement. | 285.00 | 0.40 | 114.00 |
| | LER | Review affidavit on attorneys fees and cost noting national counsel's admission fees to District Court are included. | 110.00 | 0.10 | 11.00 |
| 07/31/2013 | RHP | Review final package of default papers from Matthew Fong, complete and attend to filing. | 285.00 | 1.30 | 370.50 |
| | LER | Review local rules regarding signatures on affidavits. | 110.00 | 0.10 | 11.00 |
| | LER | Telephone conference with Clerk of Court to confirm affidavits will be accepted by Court in current format. | 110.00 | 0.10 | 11.00 |
| | LER | Prepare motion, with supporting brief, supporting affidavits and order for submission to the Court via the ECF system. | 110.00 | 0.20 | 22.00 |
| | LER | Revise proposed order to comport with Judge Randa's requirements. | 110.00 | 0.20 | 22.00 |
| | LER | Prepare electronic communication to Judge Randa submitting proposed order directly to him. | 110.00 | 0.10 | 11.00 |

Zeltiq Aesthetics, Inc.  Invoice Date: 08/01/2013
Account No. 4017.0001  Invoice No. 189618
RE: Zeltiq v. Brown Health Relaxation Station, et al.  Page No. 5

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| LER | Review Court docket to confirm motion documents were accepted by Court. | 110.00 | 0.10 | 11.00 |
|  | **Total Current Fees Rendered** |  | 12.50 | 2,820.50 |
|  | Total Non-billable Hours |  | 1.90 |  |

### Recap

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Lynn E. Richter (LER) | 4.10 | $110.00 | $451.00 |
| Richard H. Porter (RHP) | 7.70 | 285.00 | 2,194.50 |
| David B. Carr (DBC) | 0.70 | 250.00 | 175.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 07/09/2013 | Misc - Admission to Eastern District of Wisconsin for Anthony Hornbach, per his request as National Counsel. | 211.00 |
| 07/09/2013 | Misc - Admission to Eastern District of Wisconsin for Carrie Shufflebarger, per her request as National Counsel. | 211.00 |
|  | **Total Current Expenses** | 422.00 |
|  | **Total Fees & Expenses Incurred This Invoice** | 3,242.50 |
|  | Previous Balance | -$734.00 |
|  | **Balance Due - Please Remit** | $2,508.50 |

**Please remit payment to:**
**Gonzalez Saggio & Harlan**
**111 East Wisconsin Avenue, Suite 1000**
**Milwaukee, Wisconsin 53202**
**Tax Id No.: 39-1857589**