

# GONZALEZ SAGGIO HARLAN

**Attorneys at Law**

Zeltiq Aesthetics, Inc.
c/o Christine Vogelei
4698 Willow Road, Suite 100
Pleasanton, CA 94588

Invoice Date: September 19, 2013
Invoice No. 192122
Account No. 4017.0001
Page: 1

RE: Zeltiq v. Brown Health Relaxation Station, et al.

Services rendered through 08/31/2013.
Trademark infringement

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/02/2013 | LER | ■■■ | ■ | ■ | ■ |
| | LER | ■■■ | ■ | ■ | ■ |
| | LER | ■■■ | ■ | ■ | ■ |
| | LER | ■■■ | ■ | ■ | ■ |
| | LER | ■■■ | ■ | ■ | ■ |
| | RHP | Review Judge Randa's Decision and Judgement and communicate with lead counsel regarding the August 28, 2013 hearing. | 285.00 | 0.70 | 199.50 |
| 08/07/2013 | RHP | Review lead counsel's e-mail regarding the August 28, 2013 hearing and work to find requested information. | 285.00 | 1.50 | ~~427.50~~ 142.00 |
| | LER | ■■■ | ■ | ■ | ■ |
| 08/08/2013 | RHP | ■■■ | ■ | ■ | ■ |
| | RHP | ■■■ | | | |

**GONZALEZ SAGGIO & HARLAN LLP**
Attorneys at Law

www.gshllp.com

Milwaukee
111 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
Tel (414) 277-8500
Fax (414) 277-8521

Atlanta, GA
Boca Raton, FL
Boston, MA
Chicago, IL
Cleveland, OH

Indianapolis, IN
Los Angeles, CA
Miami, FL
Nashville, TN
New York, NY

Pasadena
Phoenix,
Washing
Wayne,
West De

EXHIBIT 5

*Affiliated with Gonzalez, Saggio and Harlan, L.L.C. and Gonzalez Saggio Harlan LLC*

Zeltiq Aesthetics, Inc.
Account No. 4017.0001
RE: Zeltiq v. Brown Health Relaxation Station, et al.

Invoice Date: 09/19/2013
Invoice No. 192122
Page No. 2



Zeltiq Aesthetics, Inc.  
Account No. 4017.0001  
RE: Zeltiq v. Brown Health Relaxation Station, et al.

Invoice Date: 09/19/2013  
Invoice No. 192122  
Page No. 3

Rate Hours

### Recap

| Professional | Hours | Rate | |
|---|---|---|---|
| ███████ | | | |
| Richard H. Porter (RHP) | | | |

### Expenses

07/09/2013 ████████████████████████████████████

**Total Current Expenses**

**Total Fees & Expenses Incurred This Invoice**

Previous Balance

**Balance Due - Please Remit**